IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION


STORMI ADAMS                                                                    PLAINTIFF

        v.                                CIVIL NO. 13-2054

CAROLYN W. COLVIN, Commissioner
Social Security Administration                                                  DEFENDANT

## **O R D E R**

Plaintiff has submitted a complaint for filing in this district, together with a request for

leave to proceed *in forma pauperis.*  ECF Nos. 1, 2.  After review, it is found that Plaintiff is

unable to pay for the costs of commencement of suit and, accordingly, the following order is

entered this date.

Plaintiff's motion for leave to proceed *in forma pauperis* is granted.  The court directs that

a copy of the complaint, along with a copy of this order, be served by Plaintiff by certified mail,

return receipt requested, on Defendant, Carolyn W. Colvin,[1] Acting Commissioner, Social

Security Administration, as well as Eric H. Holder, Jr., U.S. Attorney General, and Conner

Eldridge, U.S. Attorney, without prepayment of fees and costs.  Defendant is ordered to answer

within sixty (60) days from the date of service.

IT IS SO ORDERED this 22nd day of February 2013.


/s/ J. Marschewski
HONORABLE JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] On February 14, 2013, Carolyn W. Colvin became the Acting Commissioner of Social Security.
Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin has been substituted for
Commissioner Michael J. Astrue as the defendant in this suit.